B/M REDEV. CORPORATION *v.* RAYMOND SERRANO
(3277)

BORDEN, SPALLONE and DALY, Js.

Argued January 9—decision released March 19, 1985

*Ramon A. Pacheco,* for the appellant (defendant).

*Thomas C. Clark,* with whom, on the brief, was *Ann W. Goodwin,* for the appellee (plaintiff).

PER CURIAM. This is an appeal by the defendant from the judgment of the trial court granting immediate possession to the plaintiff in a summary process action. A memorandum of decision was not filed in this case, and the defendant did not seek an articulation of the basis of the trial court's decision. Practice Book § 3082.

The defendant bore the burden of securing an adequate appellate record. *Barnes* v. *Barnes,* 190 Conn. 491, 493, 460 A.2d 1302 (1983). It could have accomplished this by obtaining an articulation under Practice Book § 3082, but it did not. *In re Juvenile Appeal (85-1),* 3 Conn. App. 158, 161, 485 A.2d 1355 (1985). Under these circumstances, we decline to remand this case sua sponte for articulation. *Urban* v. *Leggio,*

1 Conn. App. 226, 228, 470 A.2d 1226 (1984). Since the record before us is completely inadequate, we have no basis upon which to find error.

There is no error.